# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  King, Leo L. | 2. Court or Organization  U.S. District Court, W.D. Ky. | 3. Date of Report  05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge, full-time | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Paducah Bank and Trust, Checking Account | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Wells Fargo Money Market Account | A | Interest | L | T | | | | | |
| 4. -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6. -Abbvie Inc Stock | B | Dividend | K | T | | | | | |
| 7. -Archer Daniels Midland Stock | B | Dividend | K | T | | | | | |
| 8. -Bristol Myers Squibb Stock | C | Dividend | M | T | | | | | |
| 9. -Cegene Corp Stock | A | Dividend | N | T | | | | | |
| 10. -Chevron Corp Stock | C | Dividend | L | T | | | | | |
| 11. -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 12. -Corning Inc Stock | A | Dividend | K | T | | | | | |
| 13. -Disney Stock | C | Dividend | M | T | | | | | |
| 14. -Exxon Stock | B | Dividend | L | T | | | | | |
| 15. -GE Stock | A | Dividend | K | T | | | | | |
| 16. -General Mills Stock | C | Dividend | L | T | | | | | |
| 17. -Halliburton Co Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hasbro Inc Stock | B | Dividend | L | T | | | | | |
| 19. -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 20. -IBM Stock | C | Dividend | L | T | | | | | |
| 21. -McCormick & Co Inc Stock | B | Dividend | K | T | | | | | |
| 22. -Merk & Co. Stock | C | Dividend | L | T | | | | | |
| 23. -Microsoft Stock | C | Dividend | M | T | | | | | |
| 24. -Oracle Corp Stock | B | Dividend | L | T | | | | | |
| 25. -PNC Financial Services Stock | A | Dividend | K | T | | | | | |
| 26. -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | C | Dividend | M | T | | | | | |
| 27. -PIMCO All Asset Authority Fund Class C | A | Dividend | | | Sold | 04/28/17 | M | A | |
| 28. -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 29. -Principal Invs Fd Real Estate Secs Fd Cl A | B | Dividend | M | T | | | | | |
| 30. -Principal Global Div Income Fd | C | Dividend | M | T | | | | | |
| 31. -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 32. -Southern Company Stock | B | Dividend | K | T | | | | | |
| 33. -Vodafone Group Stock | B | Dividend | K | T | | | | | |
| 34. -Verizon Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE ACCOUNT #1A | | | | | | | | | |
| 36. -Prince Georges Cnty MD Pub Impt Ser Bond, | A | Interest | | | Redeemed | 09/12/17 | J | A | |
| 37. -KY St Ppty & Bldgs Commn Revs Bond, | A | Interest | J | T | | | | | |
| 38. -Kenton Cnty Ky Sch Dist Bond, | A | Interest | J | T | | | | | |
| 39. -KY St Ppty & Bldgs Bond, | A | Interest | J | T | | | | | |
| 40. -Harris Cnty Tx Mun Util Bond, | A | Interest | J | T | | | | | |
| 41. -Henry Cnty Ky Sch Dist Bond, | A | Interest | J | T | | | | | |
| 42. -Leitchfield KY RFDG SER Bond, | A | Interest | J | T | | | | | |
| 43. -KY St Ppty & Bldgs Bond, | A | Interest | J | T | | | | | |
| 44. -New Braunfels Tx CTF OBLG Bond, | A | Interest | J | T | | | | | |
| 45. -Harris Cnty Tx Mun Util Bond, | A | Interest | J | T | | | | | |
| 46. -Western Ky Univ Rvs Bond, | A | Interest | J | T | | | | | |
| 47. -Fayette Cnty Ky Sch Dist Bond, | A | Interest | J | T | | | | | |
| 48. -Hardin Cnty Ky Sch Dist Bond, | A | Interest | J | T | | | | | |
| 49. -Bullitt Cnty Ky Sch Dist Bond, | A | Interest | J | T | | | | | |
| 50. -Montgomery Cnty Tx Mun Bond, | A | Interest | J | T | | | | | |
| 51. -Washington DC Met Area Tran Auth Bond, | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ky St PPT & Bldgs Bond, | A | Interest | J | T | | | | | |
| 53. -Boone Cnty Ky Sch Dist Bond, | A | Interest | J | T | | | | | |
| 54. -Fayette Cnty Ky Sch Dist Fin Corp Bond, | A | Interest | J | T | | | | | |
| 55. -Miami Dade Cnty Fl W&S Bond, | A | Interest | J | T | | | | | |
| 56. -Harris Cnty Tx Mun Util Bond, | A | Interest | J | T | | | | | |
| 57. -Brushy Creek Regl Util Auth Tx Bond, | A | Interest | J | T | | | | | |
| 58. -Ky St Ppty & Bldgs Commn RVS Bond, | A | Interest | J | T | Buy | 01/05/17 | J | | |
| 59. -Ky St Ppty & Bldgs Commn Revs Bond, | A | Interest | J | T | Buy | 01/04/17 | J | | |
| 60. -Franklin Ky RFDG & Impt Pub Proj Bond, | A | Interest | J | T | Buy | 10/03/17 | J | | |
| 61. -Ky St Ppty & Bldgs Commn Revs Bond, | A | Interest | J | T | Buy | 06/20/17 | J | | |
| 62. -Boulder Valley Co Sch Dist Bond, | A | Interest | | | Buy | 03/28/17 | J | | |
| 63. | | | | | Redeemed | 06/01/17 | J | A | |
| 64. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 65. -Energy Select Secort SPDR Fund* | A | Dividend | | | Buy | 12/29/16 | J | | |
| 66. | | | | | Sold (part) | 01/03/17 | J | A | |
| 67. | | | | | Sold (part) | 04/03/17 | J | A | |
| 68. | | | | | Sold | 07/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Industrial Selext Sector SPDR fund* | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 70. | | | | | Sold (part) | 04/03/17 | J | A | |
| 71. -Ishares Core S&P Smallcap fund* | A | Dividend | | | Buy | 12/29/16 | J | | |
| 72. | | | | | Sold (part) | 01/03/17 | J | A | |
| 73. | | | | | Sold | 04/03/17 | K | A | |
| 74. -Ishares Russell 2000 fund | A | Dividend | K | T | Buy | 04/03/17 | K | | |
| 75. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 76. -Ishares Core S&P Midpcap fund | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 77. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 78. -Ishares Core S&P 500 S&P 500 Index fund | B | Dividend | K | T | Buy | 04/03/17 | K | | |
| 79. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 80. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 81. -Ishares Core US Aggregate Bond Fund* | B | Dividend | K | T | Buy | 12/29/16 | K | | |
| 82. | | | | | Buy (add'l) | 01/03/17 | J | | |
| 83. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 84. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 85. | | | | | Buy (add'l) | 12/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ishares S&P Midcap value fund* | A | Dividend | J | T | Buy | 12/29/16 | K | | |
| 87. | | | | | Sold (part) | 01/03/17 | K | A | |
| 88. -Ishares S&P midcap growth fund* | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 89. | | | | | Sold (part) | 01/03/17 | J | A | |
| 90. -Powershares Em Mark Sov fund* | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 91. Sector SPDR Technology Select fund* | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 92. | | | | | Buy (add'l) | 01/03/17 | J | | |
| 93. | | | | | Sold (part) | 04/03/17 | K | B | |
| 94. | | | | | Sold (part) | 07/05/17 | J | A | |
| 95. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 96. -Select Sector SPDR Real Estate Fund* | A | Dividend | | | Buy | 12/29/16 | J | | |
| 97. | | | | | Sold | 07/05/17 | J | A | |
| 98. -Select Sector SPDR Financial fund* | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 99. | | | | | Sold (part) | 04/03/17 | J | A | |
| 100. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 101. -Selecxt Sector SPDR Consumer Staples fund* | A | Dividend | | | Buy | 12/29/16 | J | | |
| 102. | | | | | Sold (part) | 01/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/03/17 | J | A | |
| 104. | | | | | Sold | 07/05/17 | J | A | |
| 105. -Select Sector SPDR Materials fund* | A | Dividend | | | Buy | 12/29/16 | J | | |
| 106. | | | | | Sold | 07/05/17 | J | A | |
| 107. -Select Sector SPDR Health Care fund* | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 108. | | | | | Sold (part) | 04/03/17 | J | A | |
| 109. -Select Sector SPDR Consumer Discretionary fund* | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 110. | | | | | Sold (part) | 04/03/17 | J | A | |
| 111. -SPDR Bloomberg Barclays High Yield Bond fund* | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 112. -SPDR Dow Jones Global Real Estate | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 113. -Vanguard FTSE Developed Mrks fund* | B | Dividend | K | T | Buy | 12/29/16 | K | | |
| 114. | | | | | Buy (add'l) | 01/03/17 | J | | |
| 115. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 116. -Vanguard Intl Equity Index emerging mrkts fund* | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 117. | | | | | Buy (add'l) | 01/03/17 | J | | |
| 118. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 119. | | | | | Buy (add'l) | 12/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard REIT fund* | B | Dividend | K | T | Buy | 12/29/16 | K | | |
| 121. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 122. -Wells Fargo Money Market account X | A | Interest | K | T | | | | | |
| 123. IRA #1 | | | | | | | | | |
| 124. -Europacific Growth Fd, cl A | A | Dividend | J | T | | | | | |
| 125. -Growth Fund America, Cl A | A | Dividend | J | T | | | | | |
| 126. -New Economy Fund SBI Cl A | A | Dividend | J | T | | | | | |
| 127. -Smallcap World Fd A | A | Dividend | J | T | | | | | |
| 128. -Wash Mutl Invs Fd Inc, Cl A | A | Dividend | J | T | | | | | |
| 129. IRA #2 | | | | | | | | | |
| 130. -Wells Fargo Money Market account X | A | Interest | J | T | | | | | |
| 131. -Energy Select Sector SPDR fund | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 132. | | | | | Sold | 07/05/17 | J | A | |
| 133. -Industrial Select Sector SPDR fund | A | Dividend | J | T | Sold (part) | 04/13/17 | J | A | |
| 134. -Ishares Russell 2000 fund | A | Dividend | K | T | Buy | 04/03/17 | K | | |
| 135. -Ishares Core S&P Midcap fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 136. | | | | | Buy (add'l) | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Ishares Core S&P 500 fund | A | Dividend | K | T | Buy | 04/03/17 | K | | |
| 138. | | | | | Buy (add'l) | 07/05/17 | K | | |
| 139. -Ishares Core S&P Smallcap fund | A | Dividend | | | Sold (part) | 04/03/17 | K | A | |
| 140. | | | | | Sold | 07/05/17 | J | A | |
| 141. -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy (add'l) | 07/05/17 | J | | |
| 142. -Ishares S&P Midcap 400 value fund | A | Dividend | K | T | | | | | |
| 143. -Ishares S&P Midcap 400 growth fund | A | Dividend | K | T | | | | | |
| 144. -Powershares Em Mar Sov De PT fund | A | Dividend | J | T | | | | | |
| 145. -SectorSPDR Tr Technology Select sector fund | A | Dividend | K | T | Sold (part) | 04/03/17 | J | A | |
| 146. -Select Sector SPDR TR Real Estate Select Sector fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 147. -Select Sector SPDR TR Financial fund | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 148. -Select Sector SPDR Consumer Staples | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 149. -Select Sector SPDR Fd Materials fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 150. -Select Sector SPDR FD Health care fund | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 151. -Select Sector SPDR Fd consumer discretionary fund | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 152. -SPDR Bloomberg Barclays high yield bond fund | A | Dividend | J | T | | | | | |
| 153. -SPDR Dow Jones Global Real Estate fund | A | Dividend | J | T | Buy | 04/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard FTSE Develeoped Marktets fund | A | Dividend | K | T | | | | | |
| 155. -Vanguard Intl Equity Index fds ftse emerging markets | A | Dividend | K | T | Sold (part) | 04/03/17 | J | A | |
| 156. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 157. -Vanguard REIT fund | A | Dividend | J | T | | | | | |
| 158. TRUST #1 | | | | | | | | | |
| 159. -Wells Fargo Money Mrkt Account | A | Int./Div. | J | T | | | | | |
| 160. -Ishares Russell Top 200 Growth fund | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 161. -Ishares Russell Midpcap Growth fund | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 162. -Schwab US Mid Cap ET | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 163. -American Cap World Bd | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 164. -BlackrockFDS Mid Cap Growth Port | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 165. -Federated Equity FDS Absolute Return Fund | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 166. -Fidelity Advisor Emerging Mrkts | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 167. -Fidelity Advisor Ser 1 Short Fixed Income FD | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 168. -Bond Fund of America, Cl A | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 169. -American Funds Growth Fund of America (Ln 105 of 2014 disclosure) | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 170. -American Funds New World FD | A | Dividend | | | Sold | 01/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -American Funds Washington Mutual FD | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 172.  -Janus Invt FD Flexible BD FD | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 173.  -Metropolitan West FDS Total Return BD FD | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 174.  -JP Morgan TR I Intrepid Value FD | A | Dividend | | | Sold | 01/04/17 | J | A | |
| 175.  -JP Morgan TR II Core BD FD Select CL | A | Dividend | | | Sold | 01/04/17 | J | A | |
| 176.  -American Europacific Growth Fd, Cl A (Ln 104 of 2014 disclosure) | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 177.  -Nuveen Invt FDS Real Estate SECs Fund | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 178.  -Virtus Emerging Markets Opportunities FND | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 179.  -Pimco FDS Income Fund Class P | A | Dividend | | | Sold | 01/04/17 | J | A | |
| 180.  -SmallCAP World FD Inc CL F2 | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 181.  -T Rowe Price Blue Chip Growth Fund | A | Dividend | | | Sold | 01/04/17 | J | A | |
| 182.  -Industrial Select Sector fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 183. | | | | | Sold (part) | 04/03/17 | J | A | |
| 184.  -Ishares Agency Bond fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 185.  -Ishares Russell 2000 fund | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 186.  -Ishares US Preferred Stock fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 187.  -Ishares core S&P Midcap fund | A | Dividend | K | T | Buy | 01/03/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Ishares core S&P 500 fund | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 189. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 190.  -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 191. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 192. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 193. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 194.  -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 195.  -Ishares MBS Fund | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 196.  -Ishares Tip Bond fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 197.  -Poweshares Em Mar Sov fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 198.  -Sector SPDR Technology Select Sector fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 199. | | | | | Sold (part) | 04/03/17 | J | A | |
| 200. | | | | | Sold (part) | 07/05/17 | J | A | |
| 201. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 202.  -Select Sector SPDR TR Real Estate Select fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 203.  -Select Sector SPDR Financial fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 204. | | | | | Sold (part) | 04/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 32

**Name of Person Reporting**

King, Leo L.

**Date of Report**

05/14/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 206. -Select Sector SPDR Health Care fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 207. | | | | | Sold (part) | 04/03/17 | J | A | |
| 208. | | | | | Buy | 12/05/17 | J | | |
| 209. -Select Sector SPDR Consumer Discretionary fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 210. | | | | | Sold (part) | 04/03/17 | J | A | |
| 211. -SPDR Bloomberg Barclays High Yield Bond fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 212. -Spdr Dow Jones Global Real Estate fund | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 213. -Vanguard FTSE Developed Markets fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 214. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 215. -Vanguard Intermediate Term Corp Bond fund | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 216. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 217. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 218. -Vanguard INTL Equity Index Emerging Mrkts fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 219. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 220. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 221. -Vanguard REIT fund | A | Dividend | J | T | Buy | 01/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 223.  TRUST #2 | | | | | | | | | |
| 224.  -Well Fargo Money Mrkt Account | A | Interest | J | T | | | | | |
| 225.  -Energ Select Sector SPDR | A | Dividend | | | Sold (part) | 01/03/17 | J | A | |
| 226. | | | | | Sold | 04/03/17 | J | A | |
| 227.  -Industrial Select Sector SPDR | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 228.  -Ishares Agency Bond fund | A | Dividend | J | T | | | | | |
| 229.  -Ishares Russell 2000 | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 230.  -Ishares US Preferred Stock fund | A | Dividend | J | T | | | | | |
| 231.  -Ishares 7-10 yr treasury bond fund | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 232.  -Ishares Core S&P Midcap fund | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 233. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 234.  -Ishares Core S&P small cap fund | A | Dividend | | | Sold | 04/03/17 | J | A | |
| 235.  -Ishares core S&P 500 index fund | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 236. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 237.  -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 238. | | | | | Buy (add'l) | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 240. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 241. -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | | | | | |
| 242. -Ishares MBS MBB fund | A | Dividend | K | T | Buy (add'l) | 07/17/17 | J | | |
| 243. -Ishares Tip Bond fund | A | Dividend | J | T | | | | | |
| 244. -Powershares Em Mar Sov De Pt fund | A | Dividend | J | T | | | | | |
| 245. -Sector SPDR Tr Technology Select sector fund | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 246. | | | | | Sold (part) | 07/05/17 | J | A | |
| 247. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 248. -Select Sector SPDR Tr Real Estate Select Sector SPDR Fd | A | Dividend | J | T | | | | | |
| 249. -Select Sector SPDR TR Financial fund | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 250. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 251. -Select Sector SPDR Consumer Staples fund | A | Dividend | | | Sold (part) | 01/03/17 | J | A | |
| 252. | | | | | Sold (part) | 04/03/17 | J | A | |
| 253. | | | | | Sold | 07/05/17 | J | A | |
| 254. -Select Sector SPDR Fd Materials | A | Dividend | | | Sold | 07/05/17 | J | A | |
| 255. -Select Sector SPDR fd health care | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. –Select Sector SPDR fd consumer discretionary | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 257. –SPDR Bloomberg Barclays high yield bond fund | A | Dividend | J | T | | | | | |
| 258. –SPDR Dow Jones Global Real Estate | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 259. –Vanguard FTSE Developed Markegts ETF fund | A | Dividend | J | T | Buy (add'l) | 12/05/17 | J | | |
| 260. –Vanguard Intermediate Term Corp bond fund | A | Dividend | J | T | Buy (add'l) | 07/05/17 | J | | |
| 261. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 262. –Vanguard Intl Equity Index fds ftse emerging mkts | A | Dividend | J | T | Buy (add'l) | 07/05/17 | J | | |
| 263. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 264. –Vanguard REIT VNQ fund | A | Dividend | J | T | Buy (add'l) | 12/05/17 | J | | |
| 265. 401(k) #1 | | | | | | | | | |
| 266. –American Funds Income Fnd R3 | A | Dividend | N | T | | | | | |
| 267. Royal Crown Bottling Corp (2011 Appraisal) | A | Distribution | P1 | Q | | | | | |
| 268. RC Transportation Co. (2010 Appraisal) | F | Distribution | O | Q | | | | | |
| 269. Rental Agricultural Property, Henderson County, Ky ($57,036) | E | Rent | K | S | | | | | |
| 270. POP Investments, LLC (Aggregate Ownership Arrangement) | | | | | | | | | |
| 271. –Trust Govt obligatiosn Tax Managed Fund | A | Interest | K | T | Buy | 08/28/17 | K | | |
| 272. –Carmel In REDEV Auth Lease Rev bond | A | Interest | J | T | Buy | 09/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Columbus-Franklin Cnty Oh Fin Rev bond | A | Interest | J | T | Buy | 11/22/17 | J | | |
| 274. -Missouri hlth & Ed Fac Rev bond | A | Interest | J | T | Buy | 11/15/17 | J | | |
| 275. -New Hope Tx Cult Ed FACS Fin Rev bond | A | Interest | J | T | Buy | 09/21/17 | J | | |
| 276. -New Jersey St Econ Dev Auth Rev bond | A | Interest | J | T | Buy | 09/21/17 | J | | |
| 277. -South Washington Cnty Mn Ind bond | A | Interest | J | T | Buy | 10/13/17 | J | | |
| 278. -University Central Arkansas Rev bond | A | Interest | J | T | Buy | 09/27/17 | J | | |
| 279. -Apple Inc Bond | A | Interest | J | T | Buy | 06/19/17 | J | | |
| 280. -Bank of New York Mellon Corp bond | A | Interest | J | T | Buy | 06/19/17 | J | | |
| 281. -Chevron Corp bond | A | Interest | J | T | Buy | 07/11/17 | J | | |
| 282. -Ciscon Systems Inc bond | A | Interest | J | T | Buy | 07/06/17 | J | | |
| 283. -Disney Walt company new med deb bond | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 284. -Exxon Mobil Corp bond | A | Interest | J | T | Buy | 07/11/17 | J | | |
| 285. -Intel Corp DEB bond | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 286. -Merck & Co DEB bond | A | Interest | J | T | Buy | 06/19/17 | J | | |
| 287. -Oracle Corp DEB bond | A | Interest | J | T | Buy | 06/19/17 | J | | |
| 288. -Pepsico Inc DEB bond | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 289. -Phillip Morris Intl Inc DEB bond | A | Interest | J | T | Buy | 05/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Qualcomm Inc DEB bond | A | Interest | J | T | Buy | 05/18/17 | J | | |
| 291. -Simon Property Group LB DEB bond | A | Interest | J | T | Buy | 05/18/17 | J | | |
| 292. -Target Corp DEB bond | A | Interest | J | T | Buy | 06/19/17 | J | | |
| 293. -TJX Company inc DEB bond | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 294. -Visa Inc DEB bond | A | Interest | J | T | Buy | 07/06/17 | J | | |
| 295. -Wells Fargi & Co DEB bond | A | Interest | J | T | Buy | 05/18/17 | J | | |
| 296. -Gabelli Dividend & Income PFD preferred stock | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 297. -Georgia Power Co PFD preferred stock | A | Int./Div. | J | T | Buy | 10/05/17 | J | | |
| 298. -Public Storage PFD preferred stock | A | Int./Div. | J | T | Buy | 10/05/17 | J | | |
| 299. -Dodge & Cox Income Fd | A | Dividend | L | T | Sold (part) | 06/21/17 | J | A | |
| 300. -Doubleline Total Return Bond fund | A | Dividend | | | Sold (part) | 05/18/17 | K | A | |
| 301. | | | | | Sold (part) | 06/01/17 | J | A | |
| 302. | | | | | Sold (part) | 06/20/17 | K | A | |
| 303. | | | | | Sold | 10/13/17 | K | A | |
| 304. -Franklin Templeton Global Bond Fund | A | Int./Div. | J | T | Buy | 10/13/17 | J | | |
| 305. -Principal Preferred Securities Inst | A | Dividend | J | T | | | | | |
| 306. -Touchstone Flexible Income Fund | A | Dividend | | | Sold (part) | 06/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 10/13/17 | J | A | |
| 308. | | | | | Sold (part) | 10/23/17 | J | A | |
| 309. | | | | | Sold | 11/14/17 | J | A | |
| 310. -Janus Henderson Short Duration fund | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 311. -Vanguard Small Cap Value ETF fund (line 314 of 2016 FD) | A | Dividend | L | T | | | | | |
| 312. -Fidelity Overseas fund | A | Dividend | L | T | Buy | 09/08/17 | L | | |
| 313. | | | | | Buy (add'l) | 10/13/17 | K | | |
| 314. -Fidelity Select Biotechnology Portfolio fund | A | Dividend | J | T | Buy | 12/04/17 | J | | |
| 315. -Fidelity Small Cap Discvoery fund | A | Dividend | K | T | Buy | 09/08/17 | K | | |
| 316. | | | | | Buy (add'l) | 10/13/17 | K | | |
| 317. | | | | | Sold (part) | 12/18/17 | K | A | |
| 318. | | | | | Sold (part) | 12/21/17 | J | A | |
| 319. -Oppenheimer Developing Markets fund | A | Dividend | K | T | Buy | 08/02/17 | K | | |
| 320. -T Rowe Price Mid Cap Growth | A | Dividend | M | T | Buy | 08/21/17 | K | | |
| 321. | | | | | Buy (add'l) | 09/18/17 | K | | |
| 322. -Vanguard Explorer Fund | A | Dividend | K | T | Buy | 12/21/17 | K | | |
| 323. -Allegion Pub LTD stock | A | Dividend | | | Sold | 04/26/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -AT&T Inc stock | A | Dividend | J | T | Buy (add'l) | 10/30/17 | J | | |
| 325. -Alliant Corp Stock | B | Dividend | K | T | | | | | |
| 326. -Alphabet Inc stock | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 327. -Amazon Stock | A | Dividend | K | T | | | | | |
| 328. -Anheuser Busch Inbev Stock | A | Dividend | | | Sold | 07/17/17 | J | A | |
| 329. -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 330. -Big Lots Inc stock | A | Dividend | J | T | Sold (part) | 07/06/17 | K | A | |
| 331. | | | | | Sold (part) | 08/01/17 | J | A | |
| 332. | | | | | Sold (part) | 10/13/17 | J | C | |
| 333. -Biogen Inc stock | A | Dividend | K | T | Sold (part) | 09/26/17 | J | A | |
| 334. -Broadcom LTD stock | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 335. -Celgene Corp Stock | A | Dividend | K | T | Sold (part) | 09/26/17 | K | E | |
| 336. -Chevron Corp Stock | B | Dividend | K | T | Buy (add'l) | 07/06/17 | J | | |
| 337. -Chubb Corp Stock* | A | Dividend | J | T | Sold (part) | 10/13/17 | J | B | |
| 338. -Citigroup Inc stock | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 339. -Costco Whsl Corp stock | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 340. -CSX Corp stock | A | Dividend | J | T | Buy | 10/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -ConocoPhillips Stock | A | Dividend | | | Sold | 05/24/17 | J | B | |
| 342. -Discovery Financial Services | A | Dividend | | | Buy | 01/13/17 | K | | |
| 343. | | | | | Sold | 05/24/17 | K | A | |
| 344. -Duke Energy Corp Stock | A | Dividend | | | Sold | 08/07/17 | K | B | |
| 345. -Disney Company stock | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 346. -DowDupont Inc stock | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 347. -Dycom Indus stock | A | Dividend | | | Buy | 04/21/17 | J | | |
| 348. | | | | | Sold | 09/21/17 | J | A | |
| 349. -East West Bancorp Inc Stock | A | Dividend | K | T | | | | | |
| 350. -Eaton Corp stock | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 351. -Enbridge Inc* | A | Dividend | K | T | Spinoff (from line 385) | 02/28/17 | K | | |
| 352. -Exxon Mobil Corp Stock | A | Dividend | K | T | Buy (add'l) | 07/06/17 | J | | |
| 353. -Evercare Partners Inc stock | A | Dividend | | | Buy | 06/20/17 | J | | |
| 354. | | | | | Sold | 10/20/17 | J | A | |
| 355. -Seafarer Overseas Gr and Income fund | B | Dividend | | | Sold (part) | 01/17/17 | K | A | |
| 356. | | | | | Sold (part) | 08/01/17 | K | B | |
| 357. | | | | | Sold | 09/08/17 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -General Dynamics Corp stock | A | Dividend | K | T | Sold (part) | 09/26/17 | K | C | |
| 359. -General Electric Co Stock | A | Dividend | J | T | Sold (part) | 11/16/17 | J | C | |
| 360. -Gilead Sciences Inc Stock | A | Dividend | K | T | Sold (part) | 09/26/17 | K | C | |
| 361. -HD Supply Hldgs inc stock | A | Dividend | | | Sold | 08/01/17 | K | C | |
| 362. -Intel Corp Stock | A | Dividend | K | T | | | | | |
| 363. -IBM Stock | B | Dividend | | | Sold (part) | 08/10/17 | K | B | |
| 364. | | | | | Sold | 08/11/17 | K | B | |
| 365. -Ishares Core S&P Mid-Cap | A | Dividend | | | Sold | 09/11/17 | L | B | |
| 366. -JP Morgan Chase & Co. Stock | A | Dividend | K | T | | | | | |
| 367. -Johnson & Johnson Stock | B | Dividend | K | T | | | | | |
| 368. -Lam Research Corp stock | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 369. -Lockheed Martin Corp stock | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 370. -Mondelez International Inc stock | A | Dividend | J | T | Buy | 10/13/17 | J | | |
| 371. -Monster Beverage Corp Stock | A | Dividend | K | T | Sold (part) | 10/27/17 | J | C | |
| 372. -Nucor Corp stock | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 373. -Occidental Pete Corp Stock | A | Dividend | | | Sold | 04/21/17 | J | B | |
| 374. -Oracle Corp Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375.  -Packaging Corp Amer Stock | A | Dividend | K | T | | | | | |
| 376.  -Pepsico Inc stock | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 377. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 378.  -PNC Finl Svcs Group Inc stock | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 379.  -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 380.  -Rockwell Collins Inc stock | A | Dividend | K | T | Buy | 08/04/17 | J | | |
| 381.  -Salesforce.com stock | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 382.  -SBA Communications Corp Stock | A | Dividend | K | T | | | | | |
| 383.  -Sherman WIlliams Co Stock | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 384. | | | | | Sold (part) | 09/26/17 | J | C | |
| 385.  -Spectra Energy Corp* | A | Dividend | | | Sold | 02/28/17 | K | A | |
| 386.  -Starbucks Corp stock | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 387.  -Trinity Inds Inc Stock | A | Dividend | | | Sold | 01/06/17 | K | A | |
| 388.  -United Technologies Corp stock | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 389.  -Vodafone Group stock | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 390.  -Walgreens Boots Alliance Inc stock | A | Dividend | | | Sold (part) | 10/13/17 | J | A | |
| 391. | | | | | Sold | 12/18/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. --Allergan stock | A | Dividend | | | Buy | 09/26/17 | J | | |
| 393. | | | | | Sold | 11/30/17 | J | A | |
| 394. -Fifth Third Banksafe Trust Money Market Acct | A | Interest | | | Sold | 08/25/17 | K | A | |
| 395. TRUST #3 | | | | | | | | | |
| 396. -Fifth Third Banksafe Trust Money Market Account | A | Interest | M | T | | | | | |
| 397. -Dodge & Cox Income fd | A | Dividend | J | T | Sold (part) | 06/01/17 | J | A | |
| 398. -Doubleline Total Return Bond I | A | Dividend | J | T | Sold (part) | 01/05/17 | K | A | |
| 399. | | | | | Sold (part) | 01/13/17 | K | A | |
| 400. -Principal Preferred Securities | A | Dividend | | | Sold | 01/13/17 | J | A | |
| 401. -Allegion Pub Ltd stock | A | Dividend | | | Sold (part) | 01/09/17 | J | A | |
| 402. | | | | | Sold | 01/18/17 | J | A | |
| 403. -Accenture PLC Class A Stock | A | Dividend | K | T | Sold (part) | 01/09/17 | J | D | |
| 404. -Chubb Limited stock | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 405. -Anheuser Busch Invbev stock | A | Dividend | | | Sold | 01/18/17 | J | A | |
| 406. -AT&T Stock | A | Dividend | K | T | | | | | |
| 407. -Apple Inc Stock | A | Dividend | K | T | | | | | |
| 408. -Big Lots Inc stock | A | Dividend | J | T | Sold (part) | 01/09/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  -Biogen IDEC stock | A | Dividend | J | T | | | | | |
| 410.  -Bioverative Inc Stock | A | Dividend | | | Spinoff (from line 409) | 02/01/17 | J | | |
| 411. | | | | | Sold | 02/10/17 | J | A | |
| 412.  -Celgene Corp Stock | A | Dividend | J | T | | | | | |
| 413.  -Citigroup Inc Stock | A | Dividend | J | T | | | | | |
| 414.  -Conoco Phillips Stock | A | Dividend | J | T | Sold (part) | 01/18/17 | J | C | |
| 415.  -Danaher Corp stock | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 416.  -Discover Finanacial Services stock | A | Dividend | | | Sold (part) | 01/18/17 | J | A | |
| 417. | | | | | Sold | 09/27/17 | J | A | |
| 418.  -East West Banccorp stock | A | Dividend | J | T | Sold (part) | 01/18/17 | J | B | |
| 419. | | | | | Sold (part) | 01/19/17 | J | C | |
| 420.  -Ecolab Inc Stock | A | Dividend | K | T | Sold (part) | 01/09/17 | J | C | |
| 421.  -General Dynamics Corp | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 422.  -Gilead Sciences Inc Stock | A | Dividend | | | Sold | 02/13/17 | J | B | |
| 423.  -HD Supply Hldgs inc stock | A | Dividend | | | Sold (part) | 01/09/17 | J | C | |
| 424. | | | | | Sold (part) | 01/18/17 | J | B | |
| 425. | | | | | Sold | 08/16/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -Home Depot Inc stock | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 427. -Ishares Core S&P Mid-cap fund | A | Dividend | | | Buy (add'l) | 01/06/17 | J | | |
| 428. | | | | | Sold (part) | 01/09/17 | J | A | |
| 429. | | | | | Sold | 01/18/17 | J | A | |
| 430. -Ishares core S&P small-cap fund | A | Dividend | | | Buy (add'l) | 01/06/17 | J | | |
| 431. | | | | | Sold (part) | 01/09/17 | J | A | |
| 432. | | | | | Sold | 01/18/17 | J | A | |
| 433. -Johnson & Johnson Stock | A | Dividend | K | T | | | | | |
| 434. -Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 435. -McKesson Corp Stock | A | Dividend | | | Sold | 01/09/17 | J | A | |
| 436. -Microsoft Corp Stock | A | Dividend | K | T | | | | | |
| 437. -Monster Beverage Corp Stock | A | Dividend | J | T | Sold (part) | 01/18/17 | J | B | |
| 438. -Nextera Energy Inc Stock | A | Dividend | K | T | | | | | |
| 439. -Occidental Pete Corp Stock | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 440. -Procter & Gamble Co stock | A | Dividend | | | Sold | 01/09/17 | K | A | |
| 441. -Royal Dutch Shell stock | A | Dividend | J | T | Sold (part) | 01/19/17 | J | A | |
| 442. | | | | | Sold (part) | 01/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Sherman Williams Co. Stock | A | Dividend | J | T | | | | | |
| 444. -Starbucks corp stock | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 445. | | | | | Sold (part) | 01/18/17 | J | A | |
| 446. -Verizon Communications Stock | A | Dividend | K | T | | | | | |
| 447. -Walgreens Boots Alliance Inc | A | Dividend | | | Sold (part) | 01/18/17 | J | A | |
| 448. | | | | | Sold | 12/26/17 | J | A | |
| 449. -UBS E-Tracs Alerian ML: Infrastr Etn-Etf | B | Dividend | | | Sold (part) | 01/09/17 | J | B | |
| 450. | | | | | Sold | 01/18/17 | K | B | |
| 451. -Vanguard REIT fund | A | Dividend | | | Sold | 01/18/17 | K | A | |
| 452. -Bank of the Ozarks Inc stock | A | Dividend | | | Buy | 01/06/17 | J | | |
| 453. | | | | | Sold | 08/16/17 | J | A | |
| 454. -Schwab 1000 Index Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 65, 69, 71 ,81, 86, 88, 90, 91, 96 ,98, 101, 105, 107, 109, 111, 113, 116, and 120 were all purchased on 12/29/2016, and I neglected to add them to my 2016 disclsosure. This was an identical reorganization of an account to the purchases for a different account listed at lines 149-166 of my 2016 disclosure. The identical transactions caused me to get confused during the preaparation of my 2016 disclosure.

The security listed at Line 337 of this disclosure was double entered on my 2016 report. Line 337 corresponds with line 265 of my 2016 report.

The security at line 351 of this disclsoure was received as a result of a merger with the security at line 385. I was not sure how to list this, so I described line 349 as a result of a spin off and line 381 as sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544